UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A.R. HITLER, JR.,
aka CARL A. RENOWITZKY,

    Plaintiff,

    v.

UNITED STATES,

    Defendant.

Case No. 19-cv-07161-WHO (PR)

**ORDER OF DISMISSAL**

    Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b).

    Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain (i) a complaint on this Court's form; <u>and</u> (ii) a complete application to proceed *in forma pauperis* (or full payment for the $400.00 filing fee).

    The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** March 3, 2020



WILLIAM H. ORRICK
United States District Judge